# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Janet S. Baer | **Hearing Date** | June 9, 2017 |
| **Bankruptcy Case** | 16 B 35832 | **Adversary No.** | 16 A 0734 |
| **Title of Case** | Javier Mendez/Mendez v. National Loan Services, LLC dba National Payment | | |

**Brief Statement of Motion**

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**IT IS HEREBY ORDERED THAT:** This Adversary proceeding is hereby dismissed.

*/s/ Janet S. Baer*

U S Bankruptcy Judge Janet S. Baer